# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John C. Whipple, Esq. (JW 1591)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
(973) 267-7300
Attorneys for Defendant Thomas Schallus

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **Hon. Robert Kugler** |
| v. | No. 19-cr-00191 (RBK) |
| THOMAS SCHALLUS, |  |
| Defendant. | Document Electronically Filed |

## STIPULATED ORDER OF TEMPORARY RELEASE OF PROPERTY FROM BOND

**THIS MATTER** having come before the Court on request of the defendant Thomas Schallus (Docket No. 19-cr-00191 (RBK)), by John C. Whipple, Esquire, for a Stipulated Order releasing 4 Magnolia Court, Northfield, New Jersey 08225 (the "Property") from the unsecured bond in this matter filed March 15, 2019 and entered March 18, 2019;

**AND**, the Court having been advised that the defendant's desire is to refinance the Property to obtain a more favorable interest rate and to consolidate certain debts with a new mortgage of the home defendant owns with his wife, Kathleen Schallus;

**AND**, that Thomas Schallus will remain in title with his wife on the Property after the refinance;

**AND**, the Court being advised that the Government (Assistant U.S. Attorney Christina O. Hud, Esq., appearing) does not object to the temporary release of the Property from the unsecured bond to permit defendant to effectuate the refinance to permit the replacement lender to obtain a first mortgage lien position on the Property;

**AND**, the Court being advised that the refinance cannot occur without the temporary release of the Property from the bond which release will expire upon recording of the replacement lender's first mortgage with the Clerk of Atlantic County, New Jersey;

**AND**, this temporary release is conditioned on Thomas A. Schallus and Kathleen Schallus remaining vested in title and that no sale or transfer of title can occur during the duration of the temporary release;

**AND**, for good cause show;

**IT IS** on this \_\_\_7th\_\_\_ day of February, 2022, **ORDERED** that 4 Magnolia Court, Northfield, New Jersey, be, and hereby is, temporarily released from the unsecured bond filed in this matter with respect to Thomas Schallus; and

**IT IS FURTHER ORDERED** that the temporary release shall expire upon recording of the replacement lender's first mortgage with the Clerk of Atlantic County, New Jersey.

BY THE COURT:

_____
**HONORABLE ROBERT B. KUGLER**
**United States District Judge**

**Consented as to form and entry:**

    For the Government:

    s/Christina O. Hud

    _____
    CHRISTINA O. HUD, ESQ.
    Assistant U.S. Attorney District of New Jersey


    For Defendant Thomas Schallus:

    s/John C. Whipple_____
    John C. Whipple, Esq.
    Attorney for Defendant Thomas Schallus