PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Thomas Schallus      Cr.: 19-00191-004
     PACTS #: 6059173

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
     SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2022

Original Offense:    Count One: Conspiracy to Commit Health Care Fraud., 18 § U.S.C. 1349

Original Sentence: 3 years probation

Special Conditions: Restitution - $477,958.09, Financial Disclosure, Location Monitoring Program, No New Debt/Credit, Not Liquidate Assets

Type of Supervision: Probation      Date Supervision Commenced: 12/08/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Cancun, Mexico from September 28, 2024, through October 3, 2024. He will be traveling with his girlfriend, Alison Smith.

U.S. Probation Officer Action:

Our office recommends that the travel request be approved. Mr. Schallus reports as instructed, submits monthly supervision reports, and urinalysis submitted have yielded negative results. Thomas Schallus has maintained a stable residence and is employed with UPS. Mr. Schallus has fulfilled his financial obligation. As such, he is in full compliance with the conditions of supervised release.

     Respectfully submitted,

     SUSAN M. SMALLEY, Chief
     U.S. Probation Officer

     By:    PATRICK HATTERSLEY
         Supervising U.S. Probation Officer

/ jcb

Prob 12A – page 2
Thomas Schallus

PREPARED BY:

_[signature: Jennifer C. Bohne]_   08/28/24
J. CHLOE BOHNE                    Date
U.S. Probation Officer Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

*/s/ Edward S. Kiel*
United States District Judge

8/29/2024
Date